NF

**FILED**

MAY 0 6 2010  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE DOW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **10 CR 0376** |
| ) | |
| v. ) | Violations: Title 18, United States |
| ) | Code, Sections 844(e), 844(i), |
| THOMAS JAMES ZAJAC ) | 924(c)(1)(A), and 924(c)(1)(B)(ii), |
| ) | and Title 26, United States Code, |
| ) | Section 5861(d) |

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

## COUNT ONE

The SPECIAL AUGUST 2009-2 GRAND JURY charges:

On or about September 1, 2006, at Hinsdale, Illinois, in the Northern District of Illinois, Eastern Division,

THOMAS JAMES ZAJAC,

defendant herein, did maliciously damage and destroy, and attempted to damage and destroy, by means of an explosive, a building and other real and personal property, namely, the Hinsdale Metra Station and accompanying railroad tracks located at 21 East Hinsdale Avenue, Hinsdale, Illinois, which were then used in interstate commerce and in an activity affecting interstate commerce;

In violation of Title 18, United States Code, Section 844(i).

1

## COUNT TWO

The AUGUST 2009-2 GRAND JURY further charges:

On or about September 1, 2006, at Hinsdale, Illinois, in the Northern District of Illinois, Eastern Division,

THOMAS JAMES ZAJAC,

defendant herein, knowingly used and carried a firearm, as that term is defined in Title 18, United States Code, Section 921, namely, a destructive device commonly known as a pipe bomb, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely a violation of Title 18, United States Code, Section 844(i), as more fully set forth in Count One of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B)(ii).

## COUNT THREE

The AUGUST 2009-2 GRAND JURY further charges:

On or about September 1, 2006, at Hinsdale, Illinois, in the Northern District of Illinois, Eastern Division,

THOMAS JAMES ZAJAC,

defendant herein, did knowingly possess a destructive device as defined by Title 26, United States Code, Sections 5845(a) and (f), namely: an explosive destructive device commonly referred to as a pipe bomb, which destructive device was not registered to the defendant in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Section 5861(d).

## COUNT FOUR

The SPECIAL AUGUST 2009-2 GRAND JURY further charges:

On or about October 9, 2006, at Westmont, Illinois, in the Northern District of Illinois, Eastern Division,

THOMAS JAMES ZAJAC,

defendant herein, through the use of the mail, willfully made a threat to the Chief of the Hinsdale, Illinois Police Department, to kill, injure, and intimidate individuals, and unlawfully to damage and destroy real and personal property by means of an explosive;

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY